**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **ROBERT E. COLEMAN, JR.,** | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | **Case No. CV 124-121** |
| | ) | **Appeal No. 26-11137-H** |
| **v.** | ) | |
| | ) | |
| **BENJAMIN W. FOWLER, et al.,** | ) | |
| | ) | |
| **Defendants - Appellees.** | ) | |

**O R D E R**

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 5th day of October, 2026.

**HONORABLE J. RANDAL HALL, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**